UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LETICIA SERRANO, a Married Woman, ) | Case No.: 11-CV-00105-LHK |
| ) Plaintiff, ) | ORDER REGARDING DEFENDANT'S |
| v. ) | MOTION TO DISMISS |
| ) | |
| WORLD SAVINGS BANK, FSB ) WACHOVIA, FINANCIAL TITLE ) COMPANY, NDEX WEST, LLC; DOES 1 ) through 10, inclusive, ) | |
| ) Defendants. ) ) | |

On January 13, 2011, Defendant Wachovia Mortgage, formerly known as World Savings Bank, FSB, filed a motion to dismiss before Magistrate Judge Howard R. Lloyd, to be heard on February 22, 2011. Under the Local Rules, Plaintiff's opposition brief was due to be filed and served by February 1, 2011. The case was reassigned to the undersigned Judge Lucy H. Koh on February 25, 2011. As of this date, Plaintiff has not opposed Defendant's motion. Pursuant to Local Civil Rule 7-1(b), the Court deems Defendant's motion suitable for determination without oral argument and will not set a new motion hearing date. The motion is hereby deemed submitted. The Court will issue a written order.

**IT IS SO ORDERED.**

Dated: March 3, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00105-LHK
ORDER REGARDING DEFENDANT'S MOTION TO DISMISS