UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LETICIA SERRANO, a Married Woman, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WORLD SAVINGS BANK, FSB ) <br> WACHOVIA, FINANCIAL TITLE ) <br> COMPANY, NDEX WEST, LLC; DOES 1 ) <br> through 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 11-CV-00105-LHK <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

On May 3, 2011, the Court issued an order granting Defendant's unopposed motion to dismiss Plaintiff's Complaint. The Court granted Plaintiff leave to file an amended complaint within 21 days and advised Plaintiff that if she failed to timely file an amended complaint, her case would be dismissed with prejudice. Thirty days have passed since the Court's order, and Plaintiff has not filed an amended complaint or sought an extension of time to do so. Accordingly, the Court hereby DISMISSES this action with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 2, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00105-LHK
ORDER DISMISSING CASE WITH PREJUDICE